UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAURA D. RICE,**

              Plaintiff,

-vs-                                            Case No. 6:07-cv-1145-Orl-18GJK

**COMMISSIONER OF SOCIAL SECURITY,**

              Defendant.
_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2414 (Doc. No. 21)** |
| **FILED:** | April 25, 2008 |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    On February 5, 2008, a judgment was entered remanding this case to the Commissioner of Social Security ("Commissioner") pursuant to sentence four of 42 U.S.C. § 405(g). Doc. Nos. 18, 19. Plaintiff now moves for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") ("Motion"). Plaintiff requests attorneys' fees in the amount of $2,171.31. Plaintiff and her counsel request that the Commissioner be required to pay any attorneys' fees award directly to Plaintiff's counsel. Doc. Nos. 21 at 1; 21-3. Krista Rush, Esq. performed 9.0 hours of work, and Bradley K. Boyd, Esq. performed 3.88 hours of work. *See* Doc. No. 21-4. They request an hourly rate of $168.58 per hour. The Plaintiff complied with

Local Rule 3.01(g) and states that the Commissioner does not object to the payment of the fees as set forth. *See* Local Rule 3.01(g) Certificate, Doc. No. 21 at 3.  It is therefore

**RECOMMENDED** that the Plaintiff's Motion be **GRANTED**, and the Commissioner should be ordered to pay attorneys' fees of $2,171.31, pursuant to the EAJA, to Plaintiff's counsel.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on May 6, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE