UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA D. RICE,

                Plaintiff,

-vs-                                                  Case No. 6:07-cv-1145-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Award of Attorney's Fees (Doc. 22). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Commissioner of Social Security is hereby **ORDERED** to pay attorneys' fees of $2,171.31, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2414, to Plaintiff's counsel.

It is **SO ORDERED** in Orlando, Florida, this 27 day of May, 2008.

                                                        G. KENDALL SHARP
                                                        Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge